# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

RANDY FRAZIER
    Defendant.

CRIMINAL ACTION NO.
3:04CR00138 (JCH)

MARCH 17, 2008

## ORDER TO SHOW CAUSE

The United States of America is hereby ORDERED to SHOW CAUSE why the defendant ought not be released immediately (i.e., 10 days after the issuance of an Amended Judgment of Conviction) in light of 28 U.S.C. § 994(u) and Amendment 706 (App.C), U.S.G.L. Manual, U.S.S.G. § 2D1.1 (Drug Quantity Table), and pursuant to 18 U.S.C. § 3582(c)(2).

The Government is to show cause by **APRIL 15, 2008.**

The court has not determined to enter such an amended judgment and so invites counsel for defendant to file a memorandum in support of such an amended judgment no later than April 29, 2008.

Counsel are directed to confer before April 15, 2008, and if the government and the defendant are in agreement, to report such to the court by April 15, 2008.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 17th day of March, 2008.


    /s/ Janet C. Hall
Janet C. Hall
United States District Court